WEST *vs.* THE ATLANTA AND WEST POINT RAILROAD.

The first grant of a new trial, on the ground that the verdict was contrary to the charge of the court, will not be disturbed, unless the verdict was demanded by the evidence, and the court below abused the legal discretion given him by law, in making such grant; such was not the case here.  56 *Ga.,* 398; 6 *Id..* 31, 222; 60 *Id.,* 120, 154, 594.

Judgment affirmed.

November 6, 1883.

BLANDFORD, Justice.

---

BRYANS *vs.* MABRY.

A notice that "I have applied for and had issued the writ of *certiorari* returned to the next term," etc., is not a sufficient compliance with the requirement of section 4059 of the Code that notice shall be given of the sanction of the writ of *certiorari.*  65 *Ga.,* 303.

(*a.*) In 67 *Ga.,* 515, the case was different.  There the notice showed that the court had taken action upon the petition and had granted the writ.

Judgment affirmed.

November 6, 1883.

BLANDFORD, Justice.

---

MINOR *et al. vs.* DEVAUGHN.

[Hall, Justice. being disqualified, did not preside in this case.]

A court of equity has power to restrain one from increasing the height of his mill-dam, if such increase of height would be productive of loss of health in the family of another residing in the neighborhood of the mill; nor does it matter whether the mill is in the town or the country.  18 *Ga.,* 528.

Judgment affirmed.